UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALASHA ALI,<br>　　　　Petitioner<br>　　v.<br>CALVIN JOHNSON,<br>　　　　Respondent. | Case No. 2:16-cv-113-GW (GJS)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT this case is dismissed without prejudice for lack of jurisdiction.

DATED: June 28, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE